**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN ALEXANDER FOSTER, | 3:25-cv-00096-ART-CSD |
| Plaintiff, | |
| v. | **ORDER RE: SERVICE OF PROCESS** |
| CAPT. STARK, CAPT. PETERS, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Case Management Conference (ECF No. 19), Plaintiff has submitted proposed summonses for Defendants Peters and Camarino. (ECF No. 21.)

**IT IS HEREBY ORDERED** that the Clerk shall **ISSUE** the summonses for Defendants Jeremy Peters and Joshua Camarino (ECF No. 21) and send the same to the U.S. Marshal. The Clerk shall also SEND sufficient copies of the Amended Complaint (ECF No. 8), the screening order (ECF No. 10), and this order to the U.S. Marshal for service on the Defendants. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

**IT IS FURTHER ORDERED** that the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m) shall be extended to and including **Friday, August 14, 2026**.

DATED: June 15, 2026.



Craig S. Denney
United States Magistrate Judge

1