**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDON ALEXANDER FOSTER, | Case No.: 3:25-cv-00096-ART-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| CAPT. STARK, *et al.*, | |
| Defendants. | |

On June 15, 2026, the court issued its orders regarding service of process. (ECF Nos. 26, 27.) According to the court's docket, those documents were returned as undeliverable noting that Plaintiff is now being housed at Lovelock Correctional Center. (ECF Nos. 28, 29.)

Plaintiff is reminded that he must immediately file with the court written notification of any change of address, including moving to a new institution. Local Rule IA 3-1.

**IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court on or before **Friday, July 24, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send a courtesy copy of this order, as well as courtesy copies of the court's orders (ECF Nos. 26, 27), to Plaintiff at Lovelock Correctional Center.

Dated: July 7, 2026.

_____
Craig S. Denney
United States Magistrate Judge